UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEANA ORFEO and JOSEPH ORFEO,

    Plaintiffs,

v.                                         CASE NO: 8:07-cv-294-T-23TBM

CVS PHARMACY, INC.,

    Defendant.
_____/

## **ORDER**

    Plaintiffs Geana and Joseph Orfeo's unopposed motion for remand (Doc. 7), is **GRANTED** and this action is **REMANDED**. The Clerk is directed to (1) mail a certified copy of this order, pursuant to 28 U.S.C. § 1447(c), to the Clerk of the Circuit Court for Pinellas County, (2) terminate any pending motion, and (3) close the case.

    ORDERED in Tampa, Florida, on April 20, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE